UNITED STATES of America,
Plaintiff–Appellee,

v.

Jaime LUJAN–ALCALA, Defendant–
Appellant.

No. 10–50199.

United States Court of Appeals,
Ninth Circuit.

April 18, 2011.

Paul A. Barr, Federal Defenders Of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Fred Sheppard, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Before: HAWKINS and FISHER, Circuit Judges, and WOLF, Chief District Judge.*

### ORDER

The Government's Unopposed Motion to Unseal Memorandum Disposition is GRANTED.